It is ORDERED that the petition for certification is denied.

### 158 A.3d 1176

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. PHILIP S. PATRICK (A/K/A PHILLIP PATRICK),
DEFENDANT–PETITIONER.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005597–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

### 158 A.3d 1177

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. NATHAN N. SHAW (A/K/A DION SHAW, LEROY ANDERSON), DEFENDANT–PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. KEON L. BOLDEN, DEFENDANT.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2711/4319–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.